IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

NOEL JORDAN, an individual,

        Plaintiff,

v.                                      CIVIL ACTION NO.  3:18-0094

AT&T INTEGRATED DISABILITY
SERVICE CENTER DISABILITY PLAN,
an employee Welfare Benefit Plan;
SEDGWICK CLAIMS MANAGEMENT
SERVICES INC., an Illinois Corporation; and
DOES 1 through 5, inclusive,

        Defendants.

**ORDER**

As the Court resolved Plaintiff's Motion to Enforce Settlement, there are no other issues remaining in this action. Accordingly, the Court **DIRECTS** that the case be closed and dismissed from the docket of the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       October 11, 2019

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE